JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| TIMOTHY RUSSELL LAW,<br><br>　　　　Petitioner,<br><br>　v.<br><br>L. S. MC EWEN (Warden),<br><br>　　　　Respondent. | ) CV 12-2940-CJC (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Motion for Stay and Abeyance is denied, the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: December 21, 2012

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1